UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Lisa Lewis,

    Plaintiff,

3:18-CV-00349-JR

ORDER AWARDING ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT

vs.

NANCY BERRYHILL,

Acting Commissioner, Social Security Administration,

    Defendant.

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $7,307.98 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Brian Scott Wayson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212

DATED this 6th day of MARCH, 2019.

/s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge

ORDER AWARDING EAJA ATTORNEY FEES
3:18-CV-00349-JR - 1